1  Hovanes Margarian, SBN 246359
   hovanes@margarianlaw.com
2  Armen Margarian, SBN 313775
   armen@margarianlaw.com
3  Shushanik Margarian, SBN 318617
   shushanik@margarianlaw.com
4  THE MARGARIAN LAW FIRM
   801 North Brand Boulevard, Suite 210
5  Glendale, California 91203
   Telephone Number: (818) 553-1000
6  Facsimile Number: (818) 553-1005

7  Attorneys for Plaintiff
   HENRIK GALSTYAN
8
   Soheyl Tahsildoost (SBN 271294)
9  Mehgan Gallagher (SBN 338699)
   THETA LAW FIRM, LLP
10 15901 Hawthorne Boulevard, Suite 270
   Lawndale, CA 90260
11 Telephone: (424) 297-3103
   Facsimile: (424) 286-2244
12 eservice@thetafirm.com

13 Attorney for Defendant
   MERCEDES-BENZ USA, LLC
14

15
16                **UNITED STATES DISTRICT COURT**
17                **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 18  HENRIK GALSTYAN, an individual, | Case No.: 2:21−cv−01146−GW (MAAx) |
| 19       Plaintiff, | |
| 20  vs. | *District Judge: Honorable George H. Wu* |
| 21  MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company; and DOES 1 | *Magistrate Judge: Honorable Marka A. Audero* |
| 22  through 30, inclusive, | **STIPULATION OF VOLUNTARY DISMISSAL** |
| 23       Defendants. | |
| 24  | Complaint Filed: January 6, 2021<br>Removal Filed: February 8, 2021 |

25
26  ///
27  ///
28  ///

-1-
STIPULATION OF VOLUNTARY DISMISSAL

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff HENRIK GALSTYAN, an individual ("Plaintiff"), and Defendant MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company ("Defendant") (collectively the "Parties"), through their respective undersigned counsel of record, in consideration of a negotiated settlement executed by them, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure hereby stipulate to the dismissal of the action with prejudice.

DATED: 02/07/2023

THE MARGARIAN LAW FIRM
801 North Brand Boulevard, Suite 210
Glendale, CA 91203

By: */s/ Hovanes Margarian*
Hovanes Margarian
Attorney for Plaintiff
HENRIK GALSTYAN

DATED: 02/07/2023

THETA LAW FIRM, LLP

By: */s/ Mehgan Gallagher*
Mehgan Gallagher
Soheyl Tahsildoost
Attorneys for Defendant
MERCEDES-BENZ USA, LLC

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to Mehgan Gallagher, counsel for Defendant MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company, and that I have obtained Mehgan Gallagher's authorization to affix her electronic signature to this document.

DATED: 02/07/2023

THE MARGARIAN LAW FIRM
801 North Brand Boulevard, Suite 210
Glendale, CA 91203

By */s/ Hovanes Margarian*
Hovanes Margarian
Attorney for Plaintiff
HENRIK GALSTYAN

# PROOF OF SERVICE
*Henrik Galstyan v. Mercedes-Benz USA, LLC, et al.*
**United States Central District of California**
**District Court Case No.: 2:21−cv−01146−GW (MAAx)**

I declare that I am employed by The Margarian Law Firm. I am over the age of eighteen years and not a party to the within cause; my business address is 801 North Brand Boulevard, Suite 210, Glendale, California 91203.

On the date set forth below, I served the foregoing document(s) described as:

**STIPULATION OF VOLUNTARY DISMISSAL**

On the parties in said cause:

| THETA LAW FIRM, LLP<br>15901 Hawthorne Blvd., Ste. 270<br>Lawndale, CA 90260<br>Soheyl Tahsildoost, Esq. SBN 271294<br>Mehgan Gallagher, Esq. SBN 338699<br><br>Email:  st@thetafirm.com<br>            eservice@thetafirm.com | Telephone: (424) 297-3103<br>Facsimile: (424) 286-2244<br><br><br><br><br>*Attorney for Defendant*<br>*MERCEDES-BENZ USA, LLC.* |
|---|---|

☒ **(BY E-FILING)** By electronically filing the above document(s) with the Clerk of the Court using the CM/ECF system, which was then sent Electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on 02/07/2023, at Los Angeles, California.

                                                */s/ Hovanes Margarian*
                                                **Hovanes Margarian**